IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| GFIT LLC<br><br>　　　　Plaintiff,<br><br>vs.<br><br>FLA ORTHOPEDICS, INC. and<br>BSN MEDICAL INC.<br><br>　　　　Defendants. | §<br>§<br>§<br>§<br>§   Case No. 2:12-cv-12305<br>§<br>§   **JURY TRIAL DEMANDED**<br>§<br>§<br>§<br>§ |

**AGREED STIPULATION OF DISMISSAL WITH PREJUDICE
PURSUANT TO 41(a)(1)(A)(ii) OF THE FEDERAL RULES OF CIVIL PROCEDURE**

Plaintiff GFIT LLC ("GFIT") and defendants FLA Orthopedics ("FLA") and BSN medical Inc. ("BSN") hereby stipulate to and file this dismissal WITH PREJUDICE as to the claims and counterclaims of the parties in this action pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

　　　　　　　　　　　　　Respectfully submitted,

Dated: September 26, 2012　　By: /s/Mark D. Schneider
　　　　　　　　　　　　　　　Mark D. Schneider
　　　　　　　　　　　　　　　mschneider@patlaw.com
　　　　　　　　　　　　　　　Gifford, Krass, Sprinkle, Anderson & Citkowski, P.C.
　　　　　　　　　　　　　　　2701 Troy Center Drive
　　　　　　　　　　　　　　　Suite 330
　　　　　　　　　　　　　　　P.O. Box 7021
　　　　　　　　　　　　　　　Troy, MI 48007-7021
　　　　　　　　　　　　　　　T: 248.647.6000
　　　　　　　　　　　　　　　F: 248.647.5210

John T. Polasek
State Bar. No. 16088590
tpolasek@pqelaw.com
C. Dale Quisenberry
State Bar No. 24005040
dquisenberry@pqelaw.com
Jeffrey S. David
State Bar No. 24053171
jdavid@pqelaw.com
POLASEK, QUISENBERRY & ERRINGTON, L.L.P.
6750 West Loop South, Suite 920
Bellaire, Texas 77401
Telephone: (832) 778-6000
Facsimile: (832) 778-6010

ATTORNEYS FOR PLAINTIFF GFIT LLC


By: /s/Robert C. Brandenburg (w/permission)
Robert C. Brandenburg
1000 Town Center, Twenty-Second Floor
Southfield, Michigan 48075
Telephone: 248-358-4400
Facsimile: 248-358-3351
Email: rbrandenburg@brookskushman.com

Of Counsel:

W. Thad Adams, III
Shumaker, Loop & Kendrick, LLP
First Citizens Plaza
128 South Tryon Street
Suite 1800
Charlotte, North Carolina 28202-5013
Tel: 704-375-0057
Fax: 704-332-1197
Email: tadams@slk-law.com


ATTORNEYS FOR DEFENDANTS

## CERTIFICATE OF SERVICE

      The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on September 26, 2012.

                                                /s/Mark D. Schneider
                                                Attorney for Plaintiff