UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GFIT LLC,

    Plaintiffs,

vs

                              Case No: 12-12305
                              Hon. Victoria A. Roberts

FLA ORTHOPEDICS, INC., and
BSN MEDICAL INC.,

    Defendants.
_____/

## ORDER DISMISSING CASE

Pursuant to the Stipulation of Dismissal by all parties, this case is DISMISSED with prejudice.

    ORDERED.

                              S/Victoria A. Roberts
                              Victoria A. Roberts
                              United States District Judge

Dated: 9/26/2012

---

The undersigned certifies that a copy of this document was served on the attorneys of record by electronic means or U.S. Mail on 9/26/2012.

s/Carol A. Pinegar
Deputy Clerk